Form 12

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. LEE JUPINA

Docket No. 3:03CR00110(SRU)

FILED

## PETITION ON PROBATION AND SUPERVISED RELEASE

2006 FEB 16 A 9:26

**COMES NOW** Brendon M. Pierpaoli, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Lee Jupina who was sentenced to 28 months prison for a violation of 18 U.S.C. § 1001, False Statements, by the Honorable Stefan R. Underhill, United States District Judge sitting in the court at Bridgeport, Connecticut on October 27, 2003, who fixed the period of supervision at 3 years which commenced on September 8, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: The defendant shall participate in a program for substance abuse treatment, either inpatient or outpatient, approved of by the U.S. Probation Office, which shall include testing. The defendant shall pay all or a portion of the cost of treatment, based on his ability to pay, in an amount determined by the probation office.

Since his release on September 8, 2005, the defendant's term of supervised release has been running concurrently with a term of Connecticut State Parole.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

Charge # 1: Special Condition - "The defendant shall participate in a program for substance abuse treatment, either inpatient or outpatient, approved of by the U.S. Probation Office, which shall include testing. The defendant shall pay all or a portion of the cost of treatment, based on his ability to pay, in an amount determined by the probation office." After rendering a positive urine sample in September 2005, Mr. Jupina began intensive outpatient substance abuse treatment at MCCA in Danbury, Connecticut in October 2005. On November 30, 2005, Mr. Jupina was unsuccessfully discharged from the MCCA treatment program as a result of failing to attend treatment on three occasions, rendering three urine samples which tested positive for cocaine, and refusing to provide a urine sample. In December 2005, Mr. Jupina was referred to inpatient treatment at Crossroads in New Haven, Connecticut. He was scheduled to begin treatment on January 3, 2006, but he failed to report.

Charge # 2: Standard Condition - "The defendant shall refrain from the use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician." Since September 2005, Mr. Jupina has tested positive for cocaine on seven occasions.

Charge # 3: Standard Condition - "The defendant shall notify the probation officer within 72 hours of any change in residence or employment." Mr. Jupina was last seen by the probation officer on December 13, 2005. His last telephone contact with the Probation Office was January 3, 2006. On February 7, 2006, the probation office was informed that Mr. Jupina has not resided at his last known address since late December 2005. Mr. Jupina's current whereabouts are unknown.

Charge # 4: Standard Condition - "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer." Mr. Jupina was instructed to report to the Probation Office or the State Parole Office on January 10, 2006. He failed to comply with these instructions. As a result a remand and an absconder warrant was issued by State Parole on January 15, 2006.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 15th day of February, 2006 and ordered filed and made a part of the records in the above case.

Stefan R. Underhill
United States District Judge

Sworn to By

Brendon M. Pierpaoli
United States Probation Officer

Place Bridgeport, CT

Date February 15, 2006

Before me, the Honorable Stefan R. Underhill, United States District Judge, on this 15th day of February, 2006 at Bridgeport, Connecticut, U.S. Probation Officer Brendon M. Pierpaoli appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

Stefan R. Underhill
United States District Judge