# UNITED STATES DISTRICT COURT

**DISTRICT OF** CONNECTICUT

UNITED STATES OF AMERICA

V.

**APPEARANCE**

**LEE JUPINA**

DOCKET NUMBER: 3:03CR00110(SRU)

To The Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

APRIL 3, 2006
DATED

SIGNATURE

ALEX V. HERNANDEZ
PRINT NAME

ASSISTANT UNITED STATES ATTORNEY
ct08345
FEDERAL BAR NUMBER

United States Attorney's Office
915 Lafayette Boulevard Room 309
ADDRESS

Bridgeport, Connecticut   06604
CITY          STATE          ZIP CODE

203-696-3000
PHONE NUMBER

## CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was mailed to Deirdre Murray, Assistant Federal Public Defender, Federal Public Defender's Office, 2 Whitney Avenue, Suite 300, New Haven, Connecticut 06510, this 3rd day of April, 2006.

ALEX V. HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY