**DOCKET NO. 3:03CR00110(SRU)**

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN OF CHESHIRE CORRECTIONAL INSTITUTION, CHESHIRE, CONNECTICUT AND THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

      You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of LEE JUPINA, DOB: 5/7/1964, now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said LEE JUPINA, DOB: 5/7/1964, before the Honorable Stefan R. Underhill, United States District Judge, United States District Court for the District of Connecticut, 915 Lafayette Boulevard, Bridgeport, Connecticut, on Wednesday, April 5, 2006 at 2:00 p.m., and from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said LEE JUPINA, DOB: 5/7/1964 for Title 18, United States Code, Section 3583(e).  Immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said LEE JUPINA, DOB: 5/7/1964 to the Warden of Cheshire Correctional Institution, Cheshire, Connecticut under safe and secure conduct.

| | |
|---|---|
| The following Writ is hereby allowed.  Dated at Bridgeport, Connecticut, this _____ day of April, 2006. |     KEVIN F. ROWE<br>CLERK, U.S. DISTRICT COURT<br><br>_____<br>DEPUTY CLERK |

_____
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA    : | |
| : | |
| v.    : | DOCKET NO. 3:03CR00110(SRU) |
| : | |
| LEE JUPINA    : | |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Alex V. Hernandez, Assistant United States Attorney for the District of Connecticut, and respectfully informs this Honorable Court:

1.  On Wednesday, April 5, 2006 at 2:00 p.m., there will come before this Court, at Bridgeport, Connecticut, the criminal case of <u>United States v. Lee Jupina</u>, Docket No. 3:03CR00110(SRU).

2.  That the above named defendant, LEE JUPINA is charged in violation of Title 18, United States Code, Section 3583(e), Violation of Supervised Release.

3.  That the said LEE JUPINA is now confined at the Cheshire Correctional Institution, Cheshire, Connecticut.

4.  That the said LEE JUPINA would be presented before the United States District Court for the District of Connecticut at said time and place so said defendant may be prosecuted for said offenses, and from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden of the Cheshire Correctional Institution, Cheshire, Connecticut and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said LEE JUPINA at 2:00 p.m. on Wednesday, April 5, 2006, before the Honorable Stefan R. Underhill, United States District Judge, United States District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

        UNITED STATES OF AMERICA

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        ALEX V. HERNANDEZ
        ASSISTANT UNITED STATES ATTORNEY
        FEDERAL BAR NO. ct08345

BY:    JAMES J. FINNERTY
        ASSISTANT UNITED STATES ATTORNEY
        United States Attorney's Office
        915 Lafayette Boulevard  Room 309
        Bridgeport, Connecticut 06604
        (203) 579-5596
        FEDERAL BAR NO. ct15203

STATE OF CONNECTICUT        :
                                                           :     ss: Bridgeport, April 3, 2006
COUNTY OF FAIRFIELD          :

     Personally appeared before me, James J. Finnerty, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the content of the same, and that the same is true of his own knowledge, except as to such matters therein alleged on information and belief, and as to such matters, he believes them to be true.

                                                            STEPHEN B. REYNOLDS
                                                            COMMISSIONER THE SUPERIOR COURT