UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR110 (SRU) |
| LEE JUPINA | : | September 19, 2007 |

MOTION FOR HEARING REGARDING MODIFICATION OF CONDITIONS OF RELEASE

    Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure the defendant, Lee Jupina, hereby moves this Honorable Court to schedule a hearing to consider modifying the conditions of his supervised release. In support of this motion, the defendant states:

    1. Mr. Jupina appeared before this Court on April 25, 2006, at which time he admitted to violating several of the Special Conditions of his Supervised Release. This Court sentenced Mr. Jupina to a term of imprisonment of six months (with credit for time served) and a two year term of supervised release. As an additional term of supervised release, the Court ordered Mr. Jupina to participate in an in-patient substance abuse treatment program until such time as the probation office determines he is able to transition into an out-patient program.

    2. At the time of his revocation hearing, Mr. Jupina was in the custody of the state of Connecticut for similar violations of his state supervision.

    3. It was anticipated the time of the revocation hearing that Mr. Jupina would serve a period of time in state custody and would then be transferred into federal custody for service of his six month term of imprisonment. Mr. Jupina was paroled from his state sentence, however, prior to shifting from state to federal custody, he was served with warrants for new charges.

- 2 -

4. At this time, Mr. Jupina is currently serving an eight year sentence, execution to be suspended after three years, for robbery.

5. Mr. Jupina seeks to modify the terms of his supervised release. He seeks a hearing to determine if any modification is warranted in this case.

WHEREFORE, the defendant respectfully requests that this Court schedule a hearing to consider whether a modification of his terms of supervised release is appropriate.

                              Respectfully submitted,

                              THE DEFENDANT,
                              Lee Jupina

                              THOMAS G. DENNIS
                              FEDERAL DEFENDER

Dated: September 19, 2007        /s/_____
                                          Deirdre A. Murray
                                          Assistant Federal Defender
                                          10 Columbus Blvd, 6th FL
                                          Hartford, CT 06106
                                          Phone: (860) 493-6260
                                          Bar No.: ct22981
                                          Email: deirdre.murray@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion For Hearing Regarding Modification of Conditions of Release has been mailed to Alina Reynolds, Assistant United States Attorney, United States Courthouse, 915 Lafayette Boulevard, Bridgeport, CT 06604, on this 19th day of September 2007.

                                            /s/_____
                                            Deirdre A. Murray